No. 97–7149. BROWN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 97–7151. LEWIS *v.* GOBER, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–7152. ISELEY *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Pa. Certiorari denied.

No. 97–7158. HOLDEN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–7167. SEDIVY *v.* NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 97–7168. SMITH *v.* DAVIDSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7169. MCDONALD *v.* MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7172. LOCKHART *v.* MUNICIPAL COURT OF TACOMA, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7174. OWEN *v.* WILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7175. BRANSON *v.* MARTIN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7176. BRYANT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7177. RICHARDS *v.* ILLINOIS HUMAN RIGHTS COMMISSION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7178. SPRUNK *v.* ROWE ET AL. Ct. App. Ariz. Certiorari denied.